## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CARL N. DECICCO, III,** )<br>)<br>**Defendant.** )<br>) | Case No. 3:19-cr-0049 |

### ORDER

**BEFORE THE COURT** is the motion of the United States to correct the judgment of Carl N. Decicco, III ("Decicco") due to clear error.

On December 9, 2019, the Court accepted Decicco's plea of guilty to the charge of failure to register as a sex offender, in violation of 18 U.S.C. § 2250. On September 24, 2020, the Court held a sentencing hearing by video teleconference wherein the Court orally sentenced Decicco to ten (10) months imprisonment with two weeks of the 10 months to be served in home detention, followed by one year of supervised release. Later that day, the United States filed a Rule 35(a) motion to correct judgment for clear error because the relevant sentencing statute, 18 U.S.C. § 3583(k), requires a minimum term of five years of supervised release for convictions under 18 U.S.C. § 2250. The Government is correct. The Court, accordingly, will correct the sentence to include a term of five years supervised release.

The premises considered, it is hereby

**ORDERED** that the United States' motion to correct judgment (ECF No. 66) is **GRANTED**; it is further

**ORDERED** that the term of supervised release in the judgment of Carl N. Decicco, III be five years**.**

**Date:** September 25, 2020   /s/ *Robert A. Molloy*
                            **ROBERT A. MOLLOY**
                            **District Judge**